THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Mark Anthony Owens,       
Appellant.
 
 
 

Appeal From York County
Paul E. Short, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-623
Submitted August 20, 2003  Filed 
 October 21, 2003

APPEAL DISMISSED

 
 
 
Chief Attorney Daniel T. Stacey, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh and Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Thomas E. Pope, of York, for Respondent.
 
 
 

PER CURIAM:  Mark Anthony Owens was charged 
 with attempted armed robbery, criminal conspiracy, possession of a sawed-off 
 shotgun, and possession of a firearm during the commission of a violent crime.  
 The court directed a verdict on possession of a firearm.  The jury convicted 
 him on the other three charges.  The judge sentenced him to life without parole 
 for attempted armed robbery, ten years for possession of a firearm during the 
 commission of a violent crime charge and five years for criminal conspiracy.  
 Owens appellate counsel filed a brief pursuant to Anders v. California, 
 386 U.S. 738 (1967).  Counsel additionally submitted a petition to be relieved 
 from representation, asserting there are no directly appealable issues of arguable 
 merit.  Owens filed a pro se response with the Court.
After a review of the record pursuant to Anders 
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss 
 the appeal and grant counsels petition to be relieved. 
 [1] 
APPEAL DISMISSED.
HEARN, C.J., CONNOR and ANDERSON, JJ., concur.

 
 
 [1] We decide this case without oral argument pursuant to Rule 215, SCACR.